United States Court of Appeals,

Eleventh Circuit.

No. 94-8989.

UNITED STATES FIDELITY & GUARANTY COMPANY, Plaintiff-Appellee,

v.

PARK 'N GO OF GA., INC., Defendant-Appellant.

Aug. 29, 1996.

Appeal from the United States District Court for the Northern District of Georgia (No. 1:93-cv-1541-JEC), Julie E. Carnes, Judge.

Before HATCHETT and EDMONDSON, Circuit Judges, and GIBSON[*], Senior Circuit Judge.

PER CURIAM:

Appellant Park 'N Go appealed the grant of summary judgment to United States Fidelity & Guaranty (USF & G), arguing the district court erroneously concluded that USF & G's liability was limited to $250,000 and therefore erroneously granted summary judgment in favor of Appellee. We—pursuant to Ga. Const. art. VI, § 6 para. 4; O.C.G.A. § 15-2-9; and Rule 37 of the Supreme Court of Georgia—certified to the Supreme Court of Georgia the question of USF & G's liability. *United States Fidelity & Guaranty Co. v. Park 'N Go of Georgia, Inc.,* 66 F.3d 273 (11th Cir.1995).

The Supreme Court has answered the certified question in the affirmative. *Park 'N Go of Georgia, Inc. v. United States Fidelity & Guaranty Co.,* 266 Ga. 787, 471 S.E.2d 500 (1996). In the light of the Supreme Court of Georgia's opinion, we affirm the decision of the district court.

---

[*]Honorable John R. Gibson, Senior U.S. Circuit Judge for the Eighth Circuit, sitting by designation.

AFFIRMED.